THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kenneth Wayne Hall, Sr.,       
Appellant.
 
 
 

Appeal From Cherokee County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2003-UP-617
Submitted August 20, 2003  Filed 
 October 21, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Kenneth Wayne Hall, Sr. was 
 indicted for murder.  The jury found him guilty of voluntary manslaughter.  
 The judge sentenced him to twenty-two years.  Halls appellate counsel filed 
 a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel 
 additionally submitted a petition to be relieved from representation, asserting 
 there are no directly appealable issues of arguable merit.  Hall did not file 
 a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.